IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **DONGKUK STEEL MILL CO., LTD.,**<br><br>                   **Plaintiff,**<br><br>      v.<br><br>**UNITED STATES,**<br><br>                   **Defendant.** | Before: Hon. M. Miller Baker<br>              Judge<br><br>Court No. 22-00032 |

**CONSENT MOTION TO INTERVENE AS A MATTER OF RIGHT**

Pursuant to Rules 24(a) and (c) of the Rules of the United States Court of International Trade, the Nucor Corporation ("Nucor"), by and through their attorneys, respectfully request that the Court grant this consent motion to intervene as a matter of right in the above-captioned action as defendant-intervenor.

Plaintiff Dongkuk Steel Mill Co., Ltd. ("Plaintiff"), instituted this action pursuant to sections 516A(a)(2)(A) and (B)(iii) of the Tariff Act of 1930 (the "Act"), *as amended* (19 U.S.C. §§ 1516a(a)(2)(A) and (B)(iii)), to contest the U.S. Department of Commerce's final results of the 2019 administrative review of the countervailing duty order on cut-to-length carbon-quality steel plate from the Republic of Korea. Compl. (Mar. 2, 2022), ECF No. 15. *See also* Issues and Decision Memorandum accompanying *Certain Cut-To-Length Carbon Quality Steel Plate From the Republic of Korea,* 87 Fed. Reg. 79 (Dep't Commerce Jan. 3, 2022) (final results of countervailing duty admin. rev.; 2019).

Nucor is a domestic producer of certain cut-to-length plate products and participated in the countervailing duty administrative review that is the subject of this appeal. Accordingly, Nucor is an "interested party" under 19 U.S.C. § 1677(9)(E) and a "party to the proceeding" under 28 U.S.C.

Ct. No. 22-00032

§ 2631(j)(1)(B), and may intervene in the above-captioned action as a matter of right pursuant to 28 U.S.C. § 2631(j)(1)(B).

Plaintiff filed a complaint in this action on March 2, 2022. *See* Compl. This motion is being made within thirty days after the date of service of Plaintiff's complaint and therefore is timely under Rules 24(a) and 6(a) of the Rules of this Court.

As required by Rules 7(b) and (f) of the Rules of this Court, counsel for Nucor have consulted with the parties to this action concerning this motion. Counsel for Plaintiff, Vi N. Mai of Winton & Chapman PLLC, did not object to this motion by email on March 23, 2022. Counsel for Defendant, Kelly A. Krystyniak of the U.S. Department of Justice, consented to this motion by email on March 23, 2022.

Therefore, we respectfully request that the Court grant Nucor's consent motion to intervene as a matter of right as defendant-intervenor in the above-captioned action.

Respectfully submitted,

*/s/ Alan H. Price*
Alan H. Price, Esq.
Christopher B. Weld, Esq.
Maureen E. Thorson, Esq.
Derick G. Holt, Esq.
Enbar Toledano, Esq.
Adam M. Teslik, Esq.
Theodore P. Brackemyre, Esq.

**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-7000

*Counsel to Nucor Corporation*

Dated: April 1, 2022

## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **DONGKUK STEEL MILL CO., LTD.,**<br><br>                    **Plaintiff,**<br><br>      v.<br><br>**UNITED STATES,**<br><br>                    **Defendant.** | **Before: Hon. M. Miller Baker**<br>            **Judge**<br><br>**Court No. 22-00032** |

### **ORDER**

Upon consideration of the consent motion of the Nucor Corporation ("Nucor"), to intervene as a matter of right as defendant-intervenor in the above-captioned action, it is hereby

**ORDERED**, that Nucor's consent motion to intervene is granted, and it is further

**ORDERED**, that Nucor be entered as defendant-intervenor in the above-captioned action.

                                                                             Hon. M. Miller Baker, Judge

Dated: _____, 2022
        New York, New York