UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

| | | |
|---|---|---|
| _____ | ) | |
| | ) | |
| DONKGKUK STEEL MILL CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | Court No. 22-00032 |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## PARTIAL CONSENT MOTION TO INTERVENE AS DEFENDANT-INTERVENOR

Pursuant to Rules 24(a) and 24(c) of the Rules of this Court, SSAB Enterprises, LLC (the "Applicant") hereby requests that it be permitted to intervene in the above-captioned action as Defendant-Intervenor.

1.     On February 1, 2022, Plaintiff Dongkuk Steel Mill Co., Ltd. ("Dongkuk") initiated this action by filing a Summons to appeal the U.S. Department of Commerce's final results in the 2019 administrative review of the countervailing duty order on certain cut-to-length carbon-quality steel plate ("CTLP") from the Republic of Korea. ECF No. 1. _See also Certain Cut-to-Length Carbon-Quality Steel Plate from the_

*Republic of Korea: Final Results of Countervailing Duty Administrative Review; 2019*, 87 Fed. Reg. 79 (Dep't Commerce Jan. 3, 2022).

2.      The Applicant is a domestic producer of CTLP and participated in the underlying administrative review. Accordingly, the Applicant is an interested party within the meaning of 19 U.S.C. § 1677(9)(C), and it has standing to appear and be heard as a party to the proceeding before this Court pursuant to 19 U.S.C. § 1516a(d) and may intervene as a matter of right pursuant to 28 U.S.C. § 2631(j)(1)(B).

3.      Dongkuk's Complaint was filed on March 2, 2022. ECF No. 15. Therefore, this application is timely pursuant to Rule 24(a), having been made within 30 days after the date of service of the Complaint.

4.      In accordance with Rule 24(c) of this Court, counsel for the Applicant has consulted the other parties to this proceeding with regard to this motion. In particular, Jeffrey M. Winton, Esq., counsel to Plaintiff Dongkuk, stated on March 29, 2022 via email that Plaintiff does not consent to this motion. Kelly Ann Krystyniak, Esq. of the United States Department of Justice, counsel to Defendant United States, consented to this motion on March 29, 2022 via email.

Accordingly, the Applicant respectfully requests that the Court grant this motion for SSAB Enterprises, LLC to intervene as a matter of right as Defendant-Intervenor in this proceeding.

Respectfully Submitted,

/s/ Roger B. Schagrin
Roger B. Schagrin
Jeffrey D. Gerrish
Kelsey M. Rule
SCHAGRIN ASSOCIATES
900 Seventh Street, N.W.,
Suite 500
Washington, D.C. 20001
*Counsel to SSAB Enterprises, LLC*

Dated: April 1, 2022

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

|  |  |  |
|---|---|---|
| _____ | ) | |
| DONKGKUK STEEL MILL CO., LTD. | ) ) ) | |
| | ) | |
| *Plaintiff,* | ) | Court No. 22-00032 |
| *v.* | ) ) | |
| UNITED STATES, | ) ) | |
| *Defendant.* | ) ) | |
| _____ | ) | |

## ORDER

Upon consideration of the Partial Consent Motion to Intervene as Defendant-Intervenor filed by SSAB Enterprises, LLC, and upon consideration of all other papers and proceedings herein, it is hereby

**ORDERED** that the motion is granted; and it is

**FURTHER ORDERED** that SSAB Enterprises, LLC be entered as Defendant-Intervenor in the above-captioned action.

_____
JUDGE M. MILLER BAKER

Dated: _____, 2022
    New York, New York

4