## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **DONGKUK STEEL MILL CO., LTD.,**<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**UNITED STATES,**<br><br>　　　　　　Defendant.<br><br>and,<br><br>**NUCOR CORPORATION,**<br><br>　　　　　　Defendant-Intervenor. | Before: Hon. M. Miller Baker, Judge<br><br>Court No. 22-00032 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for Nucor Corporation, defendant-intervenor in this action, and requests that all papers be served upon him.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Paul A. Devamithran*
　　　　　　　　　　　　　　　　　　Paul A. Devamithran, Esq.

　　　　　　　　　　　　　　　　　**WILEY REIN LLP**
　　　　　　　　　　　　　　　　　2050 M Street, NW
　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　(202) 719-7000

　　　　　　　　　　　　　　　　*Counsel to Nucor Corporation*

Dated: November 16, 2022