UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| HYUNDAI STEEL COMPANY,<br><br>    Plaintiff,<br><br>        v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>        and<br><br>SSAB ENTERPRISES LLC; NUCOR CORPORATION,<br><br>    Defendant-Intervenors. | Court No. 22-00029 |
| DONGKUK STEEL MILL CO., LTD.,<br><br>    Plaintiff,<br><br>        v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>        and<br><br>NUCOR CORPORATION,<br><br>    Defendant-Intervenor. | Court No. 22-00032 |

Comments of Dongkuk Steel Mill Co., Ltd.
in Opposition to Commerce's April 16, 2024, Redetermination

Public Document

Winton & Chapman PLLC
1100 13th Street, N.W., Suite 825
Washington, D.C.  20005
(202) 774-5500

Attorneys for Dongkuk Steel Mill Co., Ltd.

June 20, 2024

Table of Contents

Page

ARGUMENT ....................................................................................... 2

   A.  Arguments Set Forth in Hyundai Steel's Comments ........... 2

CONCLUSION .................................................................................... 3

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| HYUNDAI STEEL COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES, ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> SSAB ENTERPRISES LLC; NUCOR ) <br> CORPORATION, ) <br> ) <br> Defendant-Intervenors. ) <br> ) | Court No. 22-00029 |
| DONGKUK STEEL MILL CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES, ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> NUCOR CORPORATION, ) <br> ) <br> Defendant-Intervenor. ) <br> ) | Court No. 22-00032 |

2

<u>COMMENTS OF DONGKUK STEEL MILL CO., LTD.</u>

These comments are submitted on behalf of Dongkuk Steel Mill Co., Ltd. ("Dongkuk") in opposition to the Department of Commerce's ("Commerce") April 16, 2024, remand redetermination.[1] This submission is timely filed pursuant to this Court's scheduling orders.[2]

<u>ARGUMENT</u>

A. *Arguments Set Forth in Hyundai Steel's Comments*

We understand that Hyundai Steel is making arguments in opposition to Commerce's April 16 remand redetermination. In the interest of brevity, we will not repeat those explanations, but incorporate them by reference. If the Court agrees with the comments presented by Hyundai Steel, it should direct Commerce to recalculate the subsidy rate that was assigned to Dongkuk as well.

---

[1] *See* Commerce's April 16, 2024, Remand Determination (ECF No. 75).

[2] *See* Court's May 15, 2024, Scheduling Order (ECF No. 78).

2

CONCLUSION

For the foregoing reasons, we respectfully request that the Court remand this matter to Commerce for disposition in a manner consistent with the judgment of this Court.

Respectfully submitted,

/s/Jeffrey M. Winton

Jeffrey M. Winton
Vi N. Mai

WINTON & CHAPMAN PLLC
1100 13th Street, N.W., Suite 825
Washington, D.C.  20005
(202) 774-5500

Attorneys for Dongkuk Steel Mill Co., Ltd.

June 20, 2024

3

4

CERTIFICATE OF COMPLIANCE

    Pursuant to the Court's "Standard Chambers Procedures," I, Jeffrey M. Winton, hereby certify that the word count function of the word-processing system used to prepare the foregoing filing indicates that these comments contain 160 words including headings, footnotes, and quotations, but not including the cover, caption, table of contents, table of authorities, any addendum containing statutes, rules or regulations, any certificates of counsel, and counsel's signature block.

                                                                  /s/ Jeffrey M. Winton

June 20, 2024